## Henry Brushaber v. John Stegemann.

*Practice in the Supreme Court: Notice of hearing.* A notice, without date, that a cause "will be brought on for hearing at the next term of said court," is good in form.

*Heard and decided January 3.*

*Otto Kirchner* moved to strike this cause from the docket for hearing at this term, on the ground that it had not been properly noticed. The notice was entitled in the cause and was in these words: "Take notice, that the above entitled cause will be brought on for hearing at the next term of said court, to be held at Lansing, in the county of Ingham, Michigan. Yours, etc. Brown & Chambers, attorneys for defendant in error. To O. Kirchner, Esq., attorney for plaintiff in error." The notice was without date, but it was served in due season.

*F. W. Chambers, contra.*

The COURT held that, as it appeared the party could not have been misled, the notice was sufficient.